IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MATTHEW WOJTASEK,

    Plaintiff,

v.

DR. LITHERLAND, MS. CORRELL, PAMELA MORAN, *and* WEXFORD HEALTH SERVICES,

    Defendants.

Case No. 3:08-cv-00317

## JUDGMENT

This matter having come before the Court, the parties having stipulated to dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that Matthew Wojtasek's case against Dr. Litherland, Ms. Correll, and Wexford Health Services is **dismissed with prejduice.**

Plaintiff's case against defendant Pamela Moran was **dismissed with prejudice** upon order of the Court on March 26, 2010.

                                      **NANCY J. ROSENSTENGEL, Clerk of Court**

**Date: January 9, 2012**                    by:s/Deborah Agans, Deputy Clerk


**APPROVED**: s./ J. Phil Gilbert
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**